**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DEFENDERS OF WILDLIFE, *Plaintiff*, v. U.S. DEPARTMENT OF THE INTERIOR, U.S. FISH AND WILDLIFE SERVICE, and U.S. BUREAU OF LAND MANAGEMENT, *Defendants*. | Civ. A. No. 18-2572 (RDM) |

**JOINT SCHEDULING PROPOSAL AND
JOINT MOTION TO VACATE STATUS CONFERENCE**

The parties, by and through counsel, submit the following joint proposal for processing the six Freedom of Information Act ("FOIA") requests at issue in this action. The parties request that the Court adopt the parties' joint scheduling proposal and issue an order vacating the initial scheduling conference that the Court set for January 3, 2019.

This case involves six FOIA requests. Plaintiff submitted two requests to the Alaska Region of the U.S. Fish and Wildlife Service ("FWS") on February 5, 2018, and July 25, 2018. See Compl. ¶¶ 24, 31 (ECF No. 1). Plaintiff submitted two requests to the Office of the Secretary of the Department of the Interior on April 3, 2018, and July 27, 2018. *Id.* ¶¶ 37, 43. Plaintiff submitted two requests to the Alaska State Office of U.S. Bureau of Land Management ("BLM") on April 3, 2018, and July 27, 2018. *Id.* ¶¶ 49, 55. As of the date the Complaint was filed, the three offices that received the requests had not issued final determination or produced records in response to any of the six requests. Plaintiff brought suit on November 8, 2018. Defendants filed an Answer to the Complaint on December 21, 2018.

On November 20, 2018, the Court entered a Minute Order in which the Court scheduled an Initial Scheduling Conference on January 3, 2019, at 2 pm.

The parties' counsel held a teleconference today to discuss scheduling matters in this case.  The parties agree to the following schedule for the search and records processing for two of the three components, the Alaska State Office of BLM (hereafter, "BLM") and Alaska Region of FWS (hereafter, "FWS").  BLM and FWS will complete their respective searches and make their first interim productions to Plaintiff on or before January 31, 2019.  BLM and FWS will then continue to issue monthly, interim releases, on or before the 31st of each month, or the next business day, until the records processing is completed.  Moreover, Defendants will send to Plaintiff by January 17, 2019, a summary of the searches for BLM and FWS, so that the parties can further confer about any adjustments that may be needed to the search parameters.

Defendants are unable to propose a processing schedule at this time for the third office, the Office of the Secretary, due to the very high volume of FOIA requests being processed by that office currently.  Defendants' counsel conveyed that it will likely be a couple of months until the Office of the Secretary's search can be completed.  The parties agreed that they would revisit the issue before the parties file their next joint status report.  Both parties' counsel will be out of the office on leave from December 24, 2018, through January 1, 2019.

The parties request that the Court vacate the initial scheduling conference set for January 3, 2019, adopt the parties' proposed schedule for the processing of records, and direct the parties to file a joint status report with the Court on or before February 7, 2019, to update the Court on the status of Defendants' searches, records processing, and responses, and to propose a schedule for further proceedings.

Dated: December 21, 2018

Respectfully submitted,

 /s/ Michael P. Senatore
Michael P. Senatore (D.C. Bar No. 453116)
DEFENDERS OF WILDLIFE
1130 17th Street, N.W.
Washington, D.C. 20036
Telephone: (202) 772-3221
Facsimile: (202) 682-1331
msenatore@defenders.org

JESSIE K. LIU
D.C. Bar 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar 924092
Chief, Civil Division

 /s/ Jason C. Rylander
Jason C. Rylander (D.C. Bar No. 474995)
DEFENDERS OF WILDLIFE
1130 17th Street, N.W.
Washington, D.C. 20036
Telephone: (202) 772-3245
Facsimile: (202) 682-1331
jrylander@defenders.org

By: /s/ Daniel P. Schaefer
DANIEL P. SCHAEFER
D.C. Bar 996871
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2531
Daniel.Schaefer@usdoj.gov

*Counsel for Plaintiff*

*Counsel for Defendant*