IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>U.S. DEPARTMENT OF THE INTERIOR,<br>U.S. FISH AND WILDLIFE SERVICE, and<br>U.S. BUREAU OF LAND MANAGEMENT,<br><br>　　　　*Defendants*. | Civ. A. No. 18-2572 (CJN) |

**JOINT STATUS REPORT**

　　The parties, by and through counsel, submit this Joint Status Report pursuant to the Court's Minute Order dated October 18, 2019.

　　As previously reported, this case involves a total of six Freedom of Information Act ("FOIA") requests that Plaintiff submitted to three separate components of the Department of the Interior: (1) the Alaska Region of the U.S. Fish and Wildlife Service ("FWS Alaska"); (2) the Office of the Secretary of the Department of the Interior ("OS"); and (3) the Alaska State Office of U.S. Bureau of Land Management ("BLM Alaska").

　　Since March 2019, Defendants FWS and BLM have issued monthly, interim record releases on or before the 31st of each month, or the next business day. Since April 2019, OS has issued monthly, interim releases on or before the 31st of each month.

　　On October 18, 2019 the Court held a telephonic conference with the parties to discuss methods to streamline completion of processing of the six FOIA requests at issue in this Matter, including prioritizing FOIA record custodians whose emails should be provided to Plaintiffs before other record custodians who have been identified.

Pursuant to the Court's suggestion, the Parties have conferred and agreed on five record custodians whose emails will be prioritized.

The Parties continue to disagree on the timing of when all records must be processed. However, they have agreed to Defendants processing records at their current rate at this time. The Parties will subsequently ascertain whether their agreements over the past several months, including their newest agreement on prioritization, will allow the Parties to reach an agreement on a future processing schedule. The Parties jointly propose to update the Court on their progress on or before January 8, 2020.

|  |  |
|---|---|
| Dated: November 1, 2019 | Respectfully submitted, |
| /s/ Michael P. Senatore | JESSIE K. LIU |
| Michael P. Senatore (D.C. Bar No. 453116) | D.C. Bar 472845 |
| DEFENDERS OF WILDLIFE | United States Attorney |
| 1130 17th Street, N.W. |  |
| Washington, D.C. 20036 | DANIEL F. VAN HORN |
| Telephone: (202) 772-3221 | D.C. Bar 924092 |
| Facsimile: (202) 682-1331 | Chief, Civil Division |
| msenatore@defenders.org |  |
|  | /s/ Daniel P. Schaefer |
| /s/ Jason C. Rylander | DANIEL P. SCHAEFER |
| Jason C. Rylander (D.C. Bar No. 474995) | D.C. Bar 996871 |
| DEFENDERS OF WILDLIFE | Assistant United States Attorney |
| 1130 17th Street, N.W. | 555 4th Street, N.W. |
| Washington, D.C. 20036 | Washington, D.C. 20530 |
| Telephone: (202) 772-3245 | (202) 252-2531 |
| jrylander@defenders.org | Daniel.Schaefer@usdoj.gov |
|  |  |
| By: /s/ Lindsay Paige Dubin | *Counsel for Defendant* |
| Lindsay Paige Dubin (D.C. Bar No. 1620083) |  |
| DEFENDERS OF WILDLIFE |  |
| 1130 17th Street, N.W. |  |
| Washington, D.C. 20036 |  |
| Telephone: (202) 772-3234 |  |
| ldubin@defenders.org |  |

*Counsel for Plaintiff*