# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DEFENDERS OF WILDLIFE,

    *Plaintiff*,

v.

U.S. DEPARTMENT OF THE INTERIOR,
U.S. FISH AND WILDLIFE SERVICE, and
U.S. BUREAU OF LAND MANAGEMENT,

    *Defendants*.

Civ. A. No. 18-2572 (CJN)

## **PROPOSED ORDER**

Upon consideration of the parties' May 23, 2022 Joint Status Report, it is hereby **ORDERED** that the Parties submit a joint status report on or before July 25, 2022, to update the Court on progress in this matter and, if necessary, to propose schedules for further proceedings.

**SO ORDERED.**

_____             _____
Date                                                       Carl J. Nichols
                                                                  United States District Judge