**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DEFENDERS OF WILDLIFE,<br><br>     *Plaintiff*,<br><br>    v.<br><br>U.S. DEPARTMENT OF THE INTERIOR,<br>U.S. FISH AND WILDLIFE SERVICE, and<br>U.S. BUREAU OF LAND MANAGEMENT,<br><br>     *Defendants*. | Civ. A. No. 18-2572 (CJN) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

To the Court, the parties, and their attorneys of record,

PLEASE TAKE NOTICE that Jane P. Davenport, a member in good standing of the

District of Columbia Bar (Bar No. 474585) is hereby substituted as counsel for Plaintiff

Defenders of Wildlife. Former counsel Michael P. Senatore and Cecilia Diedrich are no longer

employed with Defenders of Wildlife and should be removed from the docket.

Respectfully submitted this 21st day of September, 2022,

> */s/ Jane P. Davenport*
> Jane P. Davenport (DC Bar No. 474585)
> DEFENDERS OF WILDLIFE
> 1130 17th St. NW
> Washington, DC 20036
> (202) 772-3274
> jdavenport@defenders.org
>
> *Counsel for Plaintiff*