**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

DEFENDERS OF WILDLIFE,

     *Plaintiff*,

    v.

U.S. DEPARTMENT OF THE INTERIOR,
U.S. FISH AND WILDLIFE SERVICE, and
U.S. BUREAU OF LAND MANAGEMENT,

     *Defendants*.

Civ. A. No. 18-2572 (CJN)

---

**JOINT STATUS REPORT**

    The parties, by and through counsel, submit this Joint Status Report pursuant to the Court's Minute Order August 15, 2022.

    As previously reported, this case involves a total of six Freedom of Information Act ("FOIA") requests that Plaintiff submitted to three separate components of the Department of the Interior: (1) the Alaska Region of the U.S. Fish and Wildlife Service ("FWS Alaska"); (2) the Office of the Secretary of the Department of the Interior ("OS"); and (3) the Alaska State Office of U.S. Bureau of Land Management ("BLM Alaska"), collectively referred to as Defendants.

    Since March 2019, FWS Alaska and BLM Alaska have issued monthly, interim record releases on or before the 31st of each month, or the next business day. Since April 2019, OS has issued monthly, interim releases on or before the 31st of each month.

    As discussed in their January 21, 2022, Joint Status Report, the parties agreed on priority record custodians whose emails Defendants will provide before producing responsive records from other custodians. The parties also agreed to Defendants processing records at a rate of at

least 500 pages per month for FWS Alaska and BLM Alaska and 300–500 pages per month for OS.

Defendants note that complying with monthly processing commitments are based on the uncertain assumption that their FOIA offices will be able to maintain current staffing levels during the COVID-19 pandemic and that their employees who are required to telework will continue to have access to the responsive records through its review platforms from remote locations. Should their staffing levels and processing capabilities change as a result of the pandemic, Defendants will promptly alert Plaintiff so that the parties can negotiate a revised processing schedule for this case.

As described in the status report dated June 21, 2021 (Dkt. 32), the parties have also agreed that Defendants will process the emails of priority record custodians, first, without their accompanying attachments. Plaintiff will then identify attachments to specific priority record custodian parent emails that Defendants have provided thus far, and Defendants will process the selected attachments. After the processing of selected attachments to priority custodian parent emails is complete, Plaintiff will identify the next set of custodians and Defendants will process parent emails for those custodians. Defendants anticipate that this process will occur on various timelines for each bureau.

As of January 2022, all Defendants finished producing the parent emails of priority custodians without their accompanying attachments. Specifically, OS completed processing of parent emails in June 2021, FWS Alaska completed processing of parent emails in July 2021, and BLM Alaska completed processing of parent emails in January 2022. On March 7, 2022, Plaintiff identified the attachments to FWS-Alaska's priority record custodian parent emails that Plaintiff would also like Defendants to process. As of July 22, 2022, Defendants have completed

processing all attachments requested to date. The parties are working to identify and resolve any remaining issues.

The parties jointly propose to update the Court on their progress on or before November 22, 2022.  Should any issues requiring the Court's intervention arise, the parties will file an interim status report.


Dated: September 23, 2022                    Respectfully submitted,

                                             MATTHEW M. GRAVES, D.C. Bar. #481052
                                             United States Attorney
*/s/ Jane P. Davenport*                       BRIAN P. HUDAK
Jane P. Davenport (DC Bar No. 474585)        Chief, Civil Division
DEFENDERS OF WILDLIFE
1130 17th Street, NW
Washington, DC 20036                          */s/ Anna D. Walker*
 (202) 772-3274                              ANNA D. WALKER
jdavenport@defenders.org
                                             Assistant United States Attorney
*Counsel for Plaintiff*                       601 D Street, N.W.
                                             Washington, D.C. 20530
                                             (202) 252-2544
                                             anna.walker@usdoj.gov

                                             *Counsel for Defendants*